**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| TO: | Honorable Kandis A. Westmore<br>U.S. Magistrate Judge | RE: | Tony Saelee |
| FROM: | Silvio A Lugo, Chief<br>U.S. Pretrial Services Officer | Docket No.: | 3:18CR00199-CRB-1 |

**Date:** 7/31/18

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Jessica Portillo                                                             (510) 637-3755

Pretrial Services Officer                                            **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A. _____

B. _____

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[X] Other Instructions:

  Further missed drug tests by Defendant may result in revocation of his release.

_____                    ___8/3/18_____
**JUDICIAL OFFICER**                                                    **DATE**

*/s/ Kandis Westmore*