**JUROR QUESTIONNAIRE**

1. NAME:_____ Dr. Mr. Mrs. Ms. Miss   Age:_____

2. Residence: County:_____ City/Town:_____ Neighborhood:_____
   *[Do not list your street address]*
   How long have you lived at that location?_____
   Your place of birth: _____
   Do you own or rent your home?   Rent____   Own____   Other____
   What other communities have you lived during the last ten years?_____
   _____
   _____

3. What is your marital status: (please circle)

   Single   Married   Separated   Divorced   Widowed   Live with a partner

4. What is your current job status?

   _____ Working full-time          _____ Unemployed
   _____ Working part-time          _____ Homemaker
   _____ Retired                    _____ Full-time student
   _____ Disabled

5. What is your occupation? [PLEASE NOTE: If you are currently not employed or are retired, disabled, or a homemaker, please describe your most recent prior employment]
   a. What is your occupation (or what was it, if not currently employed)?
      _____
   b. By whom are (were) you employed?_____
   c. How long have (did) you worked there? _____
   d. Please describe the nature of your job._____

6. During the course of your working life have you changed careers or occupations and, if so, what?
   _____
   _____
   _____

7. What is the highest level of education you completed? _____

8. Please describe your educational background:
   <u>Major areas of study</u>                          <u>Degrees received</u>
   _____
   _____
   _____

1

9. Please complete Questions 10 and 11 regarding your **present spouse** or **partner**. If you are widowed, divorced, or separated, please answer all the following questions regarding your **former spouse/partner**.

10. Current employment status:
    _____ Working full-time          _____ Unemployed
    _____ Working part-time          _____ Homemaker
    _____ Retired                    _____ Full-time student
    _____ Disabled

    a. What is his/her occupation (or what was it, if retired or unemployed or disabled)?
       _____

    b. By whom is (was) s/he employed? _____
       How long has (did) s/he worked there? _____
    c. Please describe the nature of his/her job? _____
       _____

    d. What other types of jobs has s/he had in the past? _____
       _____
       _____

11. What is the highest level of education she/he completed? _____

    Please describe her/his educational background, including vocational school(s) and/or college(s) attended:

    Major areas of study                        Degrees received
    _____
    _____
    _____

12. What are/were your parents' and/or stepparents' occupations?  (If retired or deceased, what did they do?)

    Mother: _____   Father: _____

    Stepmother: _____   Stepfather: _____

13. If you have children, please state:
    Sex     Age     Education                       Occupation
    _____
    _____
    _____
    _____
    _____

14. If other adults live in your home in addition to those already you already described above, please state:

    Relationship        Sex     Age     Education           Occupation
    _____
    _____
    _____
    _____

15. Have you, your current spouse/partner, or your child ever served in the military? Yes____ No____

    If yes, please list for:          <u>You</u>                          <u>Spouse, Partner or Child</u>
       Branch of service:      _____        _____

       Combat:           Yes____      No____          Yes____      No____

16. Please list your main sources of news -- including newspapers, television and radio stations or programs, internet sites, and conversations with others:
    _____
    _____
    _____
    _____

17. Have you previously served as a trial juror or as a grand juror?   Yes____   No____
    If yes, please complete for each case on which you served:

    |   | Civil or Criminal | Nature of case (i.e., robbery or personal injury) | When/Where? | Verdict reached? (yes or no) |
    |---|---|---|---|---|
    | 1 |   |   |   |   |
    | 2 |   |   |   |   |
    | 3 |   |   |   |   |
    | 4 |   |   |   |   |
    | 5 |   |   |   |   |

    a. Have you ever served as a jury foreperson?     Yes____      No____
    b. Is there any reason that your prior jury service would affect your ability to be fair, objective, and impartial to both sides at trial?  Yes____   No____   If Yes, please explain:
       _____
       _____

18. Have you or any close friends or family members ever been employed by or affiliated with any law enforcement agency (including police, sheriff, jail, prison, Immigration, IRS, parole, probation, etc.)? Yes_____     No_____     If Yes, please list:
    <u>Name</u>                <u>Relationship to you</u>              <u>Position</u>                <u>Agency</u>
    _____
    _____
    _____

19. Have you or your family member ever served in the military police or in a military court?
    Yes____      No____       If Yes, please explain:
    _____
    _____

20. Have you or anyone close to you ever been the victim of any kind of crime -- including domestic violence, burglary, robbery, assault, identity theft, etc. -- whether it was reported to law enforcement authorities or not?
    Yes____      No____       If Yes, please explain:
    _____
    _____
    _____

21. Have you or anyone close to you ever been a witness to any kind of crime -- including domestic violence, burglary, robbery, assault, identity theft, etc. -- whether it was reported to law enforcement authorities or not?
    Yes____    No____    If Yes, please explain:

22. Have you ever had to appear in court or in any court proceeding in a case as a plaintiff, defendant, victim, or witness for any reason other than that stated above?
    Yes_____    No_____    If Yes, please state when and explain why you appeared in court:

23. Have you, any member of your family or any close friends ever been arrested?
    Yes_____    No_____    If Yes, please explain:

24. Have you, or a close friend or family member, ever had a positive or negative experience with a law enforcement officer or agency, federal agency or the federal government which would influence your ability to judge the facts of this case?    Yes____    No_____

    If Yes, please explain:

25. Is there anything about your experiences, opinions, or beliefs about race, color, immigration status, national origin, ethnicity, sex, or sexual orientation which would influence your ability to judge the facts of this case?   Yes_____    No_____

    If yes, please explain:

26. Is there anything about your personal beliefs, whether religious, moral, ethical, or philosophical, that would influence, inhibit, or hinder your ability to judge the facts in this case?
    Yes_____    No_____    If Yes, please explain:

27. The court estimates that the trial in this case will last approximately one week. Do you have any specific problems of a serious nature that might prevent you from serving as a juror in this case?

    Yes_____ No_____   If Yes, please explain:

    _____
    _____
    _____

28. Is there any matter not covered by this questionnaire that should be brought to the attention of the court and the lawyers because it might affect your ability to be a fair and impartial juror?
    Yes_____ No_____   If Yes, please explain:

    _____
    _____

## JUROR'S OATH

I declare under penalty of perjury that the answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief. I have not discussed my answers with others, or received assistance in completing this questionnaire.

Signature: _____

Print Name: _____

Date: _____