FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEC 1 1 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE CHARLES R. BREYER
Case No.  CR18-0199-1 CRB
USA v.  Tony Saelee

## NOTE FROM THE JURY

Note No. 1

Date 12/11/19

Time 1:46

1.  The Jury has reached a unanimous verdict (X)

or

2.  The Jury has the following question: