FILED

DEC 1 1 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-0199 CRB |
| Plaintiff, | VERDICT FORM |
| v. | |
| TONY SAELEE, | |
| Defendant. | |

WE, THE JURY, FIND THE DEFENDANT, TONY SAELEE, AS FOLLOWS:

Count One:  As to the offense of attempted possession of 3,4-Methylenedioxymethamphetamine (also known as MDMA or "Ecstasy") with intent to distribute in violation of Sections 841(a)(1), 841(b)(1)(C), and 846 of Title 21 of the United States Code:

We, the Jury, find the defendant, Tony Saelee:

Guilty___X___            Not Guilty_____

Count Two:  As to the offense of conspiracy to distribute and possess with intent to distribute 3,4-Methylenedioxymethamphetamine (also known as MDMA or "Ecstasy") in violation of Sections 841(a), 841(b)(1)(C), and 846 of Title 21 of the United States Code:

We, the Jury, find the defendant, Tony Saelee:

Guilty___X___            Not Guilty_____

Dated: ___12-11-19___            _____
                                 JURY FOREPERSON

No. 18-CR-0199-CRB